**Fill in this information to identify your case:**

Debtor 1: Paris Sharean Crosby
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

FILED
2019 JUN 11 PM 1:44
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

☐ Check if this is an amended filing

Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

1. **What is the size of your family?**
   Your family includes you, your spouse, and any dependents listed on Schedule J: Your Expenses (Official Form 106J).

   Check all that apply:
   ☑ You
   ☐ Your spouse
   ☑ Your dependents   1   2
                       How many dependents?   Total number of people

2. **Fill in your family's average monthly income.**

   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

   If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

   That person's average monthly net income (take-home pay)

   You ............... $ 2,554.20
   Your spouse .... + $ 0.00
   Subtotal ........... $ 2,554.20

   Subtract any non-cash governmental assistance that you included above.   − $ _____

   **Your family's average monthly net income**   Total ............... $ 2,554.20

3. **Do you receive non-cash governmental assistance?**
   ☑ No
   ☐ Yes. Describe ...........   Type of assistance: _____

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☑ No
   ☐ Yes. Explain. ...........

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

   I currently work a full time and part time job, I have two loans I am currently paying monthly for to avoid wage garnishments. My part time provides food and other needed items. I have mo

Official Form 103B    Application to Have the Chapter 7 Filing Fee Waived    page 1

Debtor 1  Paris Sharean Crosby
         First Name   Middle Name   Last Name

Case number (if known) _____

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you reported on line 2.  $_____

   If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

7. **Do these expenses cover anyone who is not included in your family as reported in line 1?**
   ☐ No
   ☐ Yes. Identify who ........ _____

8. **Does anyone other than you regularly pay any of these expenses?**
   If you have already filled out *Schedule I: Your Income,* copy the total from line 11.
   ☐ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

9. **Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
   ☐ No
   ☐ Yes. Explain ............... _____

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in your wallet, in your home, and on hand when you file this application
    Cash:  $_____35.00

11. **Bank accounts and other deposits of money?**
    *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | PNC Bank | $ 0.00 |
    | Savings account: | PNC Bank | $ 0.00 |
    | Other financial accounts: | | $ |
    | Other financial accounts: | | $ |

12. **Your home?** (if you own it outright or are purchasing it)
    *Examples:* House, condominium, manufactured home, or mobile home
    2754 Virginia Avenue
    Number   Street
    Ba;ltimore, MD 21215
    City              State    ZIP Code
    Current value: $_____
    Amount you owe on mortgage and liens: $_____

13. **Other real estate?**
    _____
    Number   Street
    _____
    City        State   ZIP Code
    Current value: $_____
    Amount you owe on mortgage and liens: $_____

14. **The vehicles you own?**
    *Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

    Make:  Ford
    Model: Fusion
    Year:  2008
    Mileage: 115,000
    Current value: $ 4,000.00
    Amount you owe on liens: $ 2,600.00

    Make:  _____
    Model: _____
    Year:  _____
    Mileage: _____
    Current value: $_____
    Amount you owe on liens: $_____

Debtor 1 __Paris Sharean Crosby__   Case number (if known) _____
          First Name  Middle Name  Last Name

### 15. Other assets?
Do not include household items and clothing.

Describe the other assets:
[ ]

Current value: $ 0.00
Amount you owe on liens: $ _____

### 16. Money or property due you?
*Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property? _____  _____

How much is owed? $ _____  $ _____

Do you believe you will likely receive payment in the next 180 days?
[✓] No
[ ] Yes. Explain:

## Part 4: Answer These Additional Questions

### 17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?
[✓] No
[ ] Yes. Whom did you pay? *Check all that apply:*
  [ ] An attorney
  [ ] A bankruptcy petition preparer, paralegal, or typing service
  [ ] Someone else _____

How much did you pay? $ _____

### 18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?
[✓] No
[ ] Yes. Whom do you expect to pay? *Check all that apply:*
  [ ] An attorney
  [ ] A bankruptcy petition preparer, paralegal, or typing service
  [ ] Someone else _____

How much do you expect to pay? $ _____

### 19. Has anyone paid someone on your behalf for services for this case?
[✓] No
[ ] Yes. Who was paid on your behalf? *Check all that apply:*
  [ ] An attorney
  [ ] A bankruptcy petition preparer, paralegal, or typing service
  [ ] Someone else _____

Who paid? *Check all that apply:*
  [ ] Parent
  [ ] Brother or sister
  [ ] Friend
  [ ] Pastor or clergy
  [ ] Someone else _____

How much did someone else pay? $ _____

### 20. Have you filed for bankruptcy within the last 8 years?
[✓] No
[ ] Yes. District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

## Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

✗ __Paris Sharean Crosby__   6/11/19
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 06/06/2019
     MM / DD / YYYY

Date _____
     MM / DD / YYYY