

**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–17930 – NVA**   Chapter: **7**

**Paris Sharean Crosby**
Debtor

## AMENDED ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO PAY FILING FEE AND OPPORTUNITY FOR HEARING

Installments of filing fees that are due in accordance with an Order of this Court are unpaid and overdue, as follows:

| Due Date | Amount |
|---|---|
| July 1, 2019 | $83.75 |

It is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor show cause, if there is any, within fourteen (14) days after the date of entry of this Order, in a writing filed with the Clerk of the Bankruptcy Court, why this case should not be dismissed for failure to pay the filing fee. Initial payment of the balance of the filing fee in the sum of $ 83.75, by the same date shall dissolve this Order. Failure to make these payments within the time allowed, or failure to show cause which the Court considers adequate, or to request a hearing may result in dismissal of this case without further notice, and a refund of attorney's fees.

**NOTE:** Pursuant to Local Bankruptcy Rule 1006−1(a), the Clerk will only accept payment from the Debtor in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of the Debtor's attorney of record. Payments should be made payable to Clerk, U.S. Bankruptcy Court.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Monique D. Almy

      U.S. Trustee
      Finance

**End of Order**

23x01 (rev. 03/13/2019) – modified/rhegerle