Entered: February 19th, 2020
Signed: February 19th, 2020

**DENIED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–17930 – NVA**   Chapter: **7**

**Paris Sharean Crosby**
Debtor

## ORDER REOPENING CASE
## TO PERMIT DEBTOR TO
## COMPLETE THE BANKRUPTCY

Upon consideration of Debtor's motion to reopen the above-captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor to complete the bankruptcy, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor has not initiated such action by filing a pleading herein on or before thirty (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor
    Attorney for Debtor – PRO SE
    Case Trustee – Monique D. Almy
    U.S. Trustee
    Respondent Creditor –

**End of Order**

31x02 (rev. 10/02/1997) – rhegerle