**DENIED**

DENIED WITHOUT PREJUDICE. FEE TO RE-OPEN CASE REMAINS UNPAID AND THERE IS NO STATUTORY BASIS FOR WAIVER.



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–17930 – NVA**   Chapter: **7**

**Paris Sharean Crosby**
Debtor

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:  Debtor
     Attorney for Debtor – PRO SE
     Case Trustee – Monique D. Almy
     U.S. Trustee
     All Creditors

**End of Order**

40x08 (rev. 01/14/2013) – rhegerle